# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BROOKE WALKER,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 20-4374 |
| **TEMPLE UNIVERSITY,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this 9th day of December, 2020, upon consideration of Defendant's Letter Requesting a Pre-Motion Conference (ECF No. 7), Plaintiff's Letter in Response thereto (ECF No. 9), and following a conference with the parties on December 9, 2020, it is hereby **ORDERED** that Plaintiff shall file an amended complaint **within 14 days of the date of this Order.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**